# 16-1986

# United States Court Of Appeals For The Fourth Circuit

◆

NORFOLK SOUTHERN RAILWAY COMPANY
*Plaintiff ~Appellee*

v.

THE BALTIMORE AND ANNAPOLIS RAILROAD COMPANY D/B/A CAROLINA SOUTHERN RAILROAD COMPANY AND D/B/A WACCAMAW COAST LINE RAILROAD COMPANY
*Defendant ~ Appellant*

◆

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
NO. 4:13-CV-01264-BHH

◆

APPELLEE'S SUPPLEMENT TO THE JOINT APPENDIX

◆

PAUL D. KEENAN
CHRISTOPHER J. MERRICK
KEENAN COHEN & MERRICK P.C.
165 TOWNSHIP LINE ROAD, SUITE 2400
JENKINTOWN, PA  19046
PHONE:        (215) 609-1110
FAX:          (215) 609-1117

*ATTORNEYS FOR PLAINTIFF –APPELLEE*

## TABLE OF CONTENTS

Embargo Email
        Dated August 26, 2011 .................................................................................. 1

Letter to Judge Hendricks
        Dated May 21, 2015 ..................................................................................... 3

Email to Judge Hendricks, with attachment
        Dated August 13, 2015 ................................................................................ 5

Letter to Judge Hendricks
        Dated August 14, 2015 ................................................................................ 7

Mega Movers Quote, dated November 13, 2014
        Filed March 9, 2016 .................................................................................... 9

**GWEN**

| | |
|---|---|
| From: | Embargo Permit DB System [embargo_project@railinc.com] |
| Sent: | Friday, August 26, 2011 11:42 AM |
| To: | gtstevens@embarqmail.com |
| Subject: | Embargo #CALA000211 has been approved on 08-26-2011 |

Embargo #CALA000211 has been approved on 08-26-2011

CALA-CAROLINA SOUTHERN RAILROAD COMPANY, THE

Embargo Number: CALA000211

Status: Effective

Effective Date: 08-26-2011
Expiration Date: 08-26-2012
Allow Permit: No
Tier 2 Effective Date: 08-26-2011

Roads Invited to Participate:

Original Requester : Gwen Stevens - Ph: 1.910.6541999 -  Email: gtstevens@embarqmail.com

Bypass Local Waybills: No

Operating Station Notice: No

Effective Immediately: Yes

Include Empty Revenue Cars: No

Include All Empty Cars: Yes

Maximum Car Allowed:

Commodities: Target All Commodities

Geography:

Included Locations:

From: *
To:     CALA-65962,HOMEWOOD,SC
        CALA-65952,FAIR BLUFF,NC
        CALA-65953,CERRO GORDO,NC
        CALA-65959,LORIS,SC
        CALA-65960,ALLSBROOK,SC
        CALA-65961,GURLEY,SC
        CALA-65957,TABOR CITY,NC
        CALA-65958,PLOTT,SC
        CALA-65954,CHADBOURN,NC
        CALA-65964,CONWAY,SC
        CALA-65956,WHITEVILLE,NC
        CALA-65955,JONES,NC
        CALA-65951,PITT,SC
        CALA-65963,PHILCO,SC
UNI-DIRECTIONAL

EXHIBIT 6

1

SA-1

SA-2

Umler Equip. Type : Target All Umler Equipment Types

No Weight Restrictions

Except These Cars: No Cars In Exception List

Embargo/OPSL Umler Element Status: No Umler Element

Clearance Code: No Clearance Code

Waybill Parties: Target All Waybill Parties

Cause: Bridge out of service
Cause Detail:

Note:


Jeffrey J. Usher
Asst. Vice President-Business Services
Association of American Railroads

_____
AAR Embargo/OPSL Notes And Permit System (https://aarembargo.railinc.com/epdb)

2

# THE BRITTAIN LAW FIRM, P.A.
### ATTORNEYS AT LAW
4614 OLEANDER DRIVE
MYRTLE BEACH, SOUTH CAROLINA 29577

THOMAS C. BRITTAIN
MARY MADISON BRITTAIN LANGWAY
A. PRESTON BRITTAIN
T. CASE BRITTAIN, JR.

843-449-8562
FAX 843-497-6124
www.brittainlawfirm.com

May 21, 2015

*Via CM/ECF*
The Honorable Bruce Howe Hendricks
U.S. District Court
300 East Washington Street
Greenville, SC 29601

   Re: Norfolk Southern Railway Co v. Baltimore Annapolis Railroad Co d/b/a Carolina Southern Railroad Co and d/b/a Waccamaw Coast Line Railroad Co
     Case No. 4:13-cv-01264-BHH

Dear Judge Hendricks:

In an effort to resolve all the issues before the court and between the parties without any further delay but at all times protecting all rights to both parties, I would propose the following. That any and all costs associated with moving the cars, from the Defendant's standpoint, is a part of the mitigation issues in this case.

Certainly, it is better for the cars to be moved at once but any attribution of those costs to the Defendant is part and parcel to the commercial impracticability argument and mitigation arguments of the Defendant.

We are faced with spending hundreds of thousands of dollars to move cars which are only worth approximately $500,000.00. If an agreement could be reached that Defendant will select the means and process by which those cars are moved, that Plaintiff will undertake to finance such a move but that any and all costs associated with the movement of those cars continue to be an active issue in the case, which can be appealed, then I am prepared to recommend such to my client.

Financing the movement of the cars is not the only issue before the Court. We must make sure as attorneys for the Defendant that we do everything to preserve the mitigation issues (Plaintiff could have moved these cars as soon as they learned of the closing of the rail line) and the commercial impracticability of moving cars that are worth $500,000.00 for hundreds of thousands of dollars. And it may be that there is just a miscommunication on this because I would certainly recommend this to my clients as a way to get the cars moved, get them moved by Plaintiff and still Defendant preserve any and all issues concerning the cost of moving them, the responsibility for moving them

The Honorable Bruce Howe Hendricks
Case No. 4:13-cv-01264-BHH
May 21, 2015
Page 2

and any mitigation issues. If we can reach an agreement along those lines, we can move forward with this process.

        With warm regards, I am
        Yours truly,

        THE BRITTAIN LAW FIRM, P.A.

     By: s/Thomas C. Brittain

cc: Christopher Merrick, Esq. (via CM/ECF)

SA-5

# Chris Merrick

| | |
|---|---|
| **From:** | Chris Merrick |
| **Sent:** | Thursday, August 13, 2015 5:06 PM |
| **To:** | Chris_Schoen@scd.uscourts.gov; hendricks_ecf@scd.uscourts.gov |
| **Cc:** | fredric.marcinak@smithmoorelaw.com; Paul Keenan; preston@brittainlawfirm.com; tommyb@brittainlawfirm.com; 'Allison Lazar' |
| **Subject:** | Norfolk Southern Railway Company v. Baltimore and Annapolis Railroad Company |
| **Attachments:** | Judge Hendricks 8-13-15.pdf; Proposed Order - Preliminary Injunction.docx |

Your Honor,

Please see the attached correspondence and the proposed Order required by Your Honor's August 11th Order (ECF No. 110). Please let us know if we can be of any further assistance. Thank you.

Respectfully,

Chris Merrick

CHRIS J. MERRICK
{DIRECT DIAL} 267.628.1520
{FAX} 215.609.1117
CMERRICK@FREIGHTLAW.NET

KEENAN COHEN & MERRICK P.C.
A TRANSPORTATION LAW PRACTICE

This Electronic Message ("e-mail") contains information from Keenan Cohen & Merrick P.C. which may be privileged. This e-mail (including any attachments) is intended only for the exclusive use of the individual to whom it is addressed. The information contained hereinafter may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, the reader is hereby put on notice that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader has received this communication in error, please immediately notify the sender by e-mail and delete all copies of this e-mail and any attachments. Thank you.

| INT | NUM | TYPE | ltwt | AAR DV | TYPE |
|---|---|---|---|---|---|
| NS | 198523 | K347 | 82300 | $17,776.80 | SALVAGE + 20% |
| NS | 198549 | K347 | 85700 | $18,511.20 | SALVAGE + 20% |
| NS | 198741 | K347 | 86300 | $18,640.80 | SALVAGE + 20% |
| NS | 198755 | K347 | 86800 | $18,748.80 | SALVAGE + 20% |
| NS | 198984 | K347 | 85400 | $18,446.40 | SALVAGE + 20% |
| NS | 199020 | K347 | 85900 | $18,554.40 | SALVAGE + 20% |
| NS | 199046 | K347 | 86500 | $18,684.00 | SALVAGE + 20% |
| NS | 199056 | K347 | 86200 | $18,619.20 | SALVAGE + 20% |
| NS | 199078 | K347 | 85900 | $18,554.40 | SALVAGE + 20% |
| NS | 199107 | K347 | 85200 | $18,403.20 | SALVAGE + 20% |
| NS | 199120 | K347 | 85900 | $18,554.40 | SALVAGE + 20% |
| NS | 199429 | K347 | 84700 | $18,295.20 | SALVAGE + 20% |
| NS | 199488 | K347 | 86600 | $18,705.60 | SALVAGE + 20% |
| NS | 199492 | K347 | 85500 | $18,468.00 | SALVAGE + 20% |
| SOU | 133496 | K347 | 83400 | $18,014.40 | SALVAGE + 20% |
| SOU | 133617 | K347 | 84900 | $18,338.40 | SALVAGE + 20% |
| SOU | 133776 | K347 | 83700 | $18,079.20 | SALVAGE + 20% |
| SOU | 133927 | K347 | 84800 | $18,316.80 | SALVAGE + 20% |
| SOU | 134104 | K347 | 83400 | $18,014.40 | SALVAGE + 20% |
| SOU | 134155 | K347 | 84000 | $18,144.00 | SALVAGE + 20% |
| SOU | 134184 | K347 | 83900 | $18,122.40 | SALVAGE + 20% |
| SOU | 134304 | K347 | 85200 | $18,403.20 | SALVAGE + 20% |
| SOU | 134313 | K347 | 85100 | $18,381.60 | SALVAGE + 20% |
| SOU | 134321 | K347 | 85300 | $18,424.80 | SALVAGE + 20% |
| SOU | 134491 | K347 | 84900 | $18,338.40 | SALVAGE + 20% |
| SOU | 134509 | K347 | 88400 | $21,589.09 | DEPRECIATED VALUE |
| SOU | 134519 | K347 | 88100 | $21,589.09 | DEPRECIATED VALUE |
| SOU | 134610 | K347 | 88900 | $21,566.72 | DEPRECIATED VALUE |
| SOU | 134670 | K347 | 89100 | $19,245.60 | SLAVAGE + 20% |
| SOU | 134712 | K347 | 88900 | $19,202.40 | SALVAGE + 20% |
| SOU | 134716 | K347 | 90000 | $19,440.00 | SALVAGE + 20% |

TOTAL AAR　　　　$582,172.90

SA-6

# THE BRITTAIN LAW FIRM, P.A.
ATTORNEYS AT LAW
4614 OLEANDER DRIVE
MYRTLE BEACH, SOUTH CAROLINA 29577

THOMAS C. BRITTAIN
MARY MADISON BRITTAIN LANGWAY
A. PRESTON BRITTAIN
T. CASE BRITTAIN, JR.

843-449-8562
FAX 843-497-6124
www.brittainlawfirm.com

August 14, 2015

*Via E-mail (hendricks_ecf@scd.uscourts.gov)*
The Honorable Bruce Howe Hendricks
Post Office Box 835
Charleston, SC 29042

Re: Norfolk Southern Railway Co v. Baltimore Annapolis Railroad Co d/b/a Carolina Southern Railroad Co and d/b/a Waccamaw Coast Line Railroad Co
Case No. 4:13-cv-01264-BHH

Dear Judge Hendricks:

I am in response to Mr. Merrick's August 13th correspondence and proposed order to the Court in the above-referenced matter.

Defendant has no objection to the fair market value of the rail cars presented by Plaintiff in the proposed order for escrow purposes only. Further, we would have no objection to that amount ($582,172.90) together with the previous judgment amount for car hire charges in the amount of $103,826.37 being escrowed from the proceeds of the sale of the railroad, even though an argument against any escrow beyond the $103,826.37 plus interest is in our opinion available to the defendant.

However, Defendant does object to Plaintiff's contention that they are entitled to receive an additional $198,939.79 in prejudgment interest on the full value of these rail cars. Plaintiff is not entitled to this and any such interest charges should not be included in the amount to be escrowed, based on other issues in the case including car hire claims and mitigation issues.

The Honorable Bruce Howe Hendricks
August 14, 2015
Page 2

Further, I would request that the Court provide guidance as to whether the escrow can be in a large general account or do you require me to have it in my trust account?

With warm regards, I am
Yours truly,

THE BRITTAIN LAW FIRM, P.A.

Thomas C. Brittain
TCB/all

cc:   Chris J. Merrick, Esquire
      Casper Fredric Marcinak, III, Esquire
      Kenneth A. Pippin

**Fully Insured**

**MEGA MOVERS**
Structure Moving Services
We Can Even Move Your Neighbors!

843.254.9405          William Lee Strickland

Prepared For:
Carolina Southern Railroad
171 Hwy 905
Conway, SC 29526

| Description | Unit Price | Amount |
|---|---|---|
| **DATE** | | |
| 11/13/14 | | |
| Move 30 railcars by truck from Myrtle Beach, SC to Mullins, SC  

NS  199429    SOU 134313    SOU 134155  
NS 199020    NS 199120    NS 199488  
NS 198741    NS 198984    SOU 134670  
NS 198755    SOU 134509    SOU 133776  
NS 199492    SOU 134312    SOU 134610  
NS 198523    SOU 134321    SOU 134304  
NS 199107    SOU 133617    SOU 133496  
NS 198549    SOU 134716    SOU 133927  
NS 199046    SOU 134519    SOU 134104  
NS 199078    SOU 134491    SOU 134184 | $6,500 | $195,000 |
| | Total: | $195,000 |

This Quote will expire 45 days from the date listed above.

*William Lee Strickland* (signature)

William Lee Strickland

**EXHIBIT 1**

SA-9