FILED:  August 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1986
(4:13-cv-01264-BHH)
_____

NORFOLK SOUTHERN RAILWAY COMPANY

> Plaintiff - Appellee

v.

BALTIMORE AND ANNAPOLIS RAILROAD, d/b/a Carolina Southern
Railroad Company, d/b/a Waccamaw Coast Line Railroad Company

> Defendant - Appellant

_____

O R D E R
_____

The court directs the filing of simultaneous supplemental briefs of no more than ten

pages, on or before September 8, 2017, on the following issue:

> Whether the district court had original jurisdiction concurrent with the Surface
> Transportation Board, and whether the Surface Transportation Board had
> primary jurisdiction.

Counsel shall file four paper copies of their supplemental briefs, in addition to the

electronic copy.

For the Court

/s/ Patricia S. Connor, Clerk